| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** — **TJB Air Conditioning, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — **45-5197025**

4. **Debtor's address**

   **Principal place of business**
   **4400 US Hwy 27 N**
   **Sebring, FL 33870**
   Number, Street, City, State & ZIP Code

   **Highlands**
   County

   **Mailing address, if different from principal place of business**
   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify: _____

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 1

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80a-3)<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.<br>____ |
| 8. | Under which chapter of the Bankruptcy Code is the Debtor filing? | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____  When _____  Case number _____<br>District _____  When _____  Case number _____ |
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list | ■ No<br>☐ Yes.<br><br>Debtor _____  Relationship to you _____<br>District _____  When _____  Case number, if known _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard?  _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other  _____<br>**Where is the property?**  _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>          Contact name  _____<br>          Phone  _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | Estimated number of creditors | ☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000<br>■ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000<br>☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000<br>☐ 200-999 |
| 15. | Estimated Assets | ■ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion<br>☐  $50,001 - $100,000        ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  7, 2015**
                      MM / DD / YYYY

X **/s/ Jeffrey P Babbitt**
Signature of authorized representative of debtor

**Jeffrey P Babbitt**
Printed name

Title   **MGRM**

**18. Signature of attorney**

X **/s/ Brian K. McMahon**
Signature of attorney for debtor

Date **December  7, 2015**
         MM / DD / YYYY

**Brian K. McMahon**
Printed name

**Brian K. McMahon**
Firm name

**1401 Forum Way**
**6th Floor**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone  **561-478-2500**       Email address   **briankmcmahon@gmail.com**

**853704**
Bar number and State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TJB Air Conditioning, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ahern Rentals POB 271390 Aston, PA 19014-3202 | | | | | | $6,884.34 |
| Allied Building Products 15 E. Union Ave POB 5670 New York, NY 10087-5670 | | | | | | $6,453.98 |
| Alpha Surety 650 S. Shackleford Rd, Suite 325 Little Rock, AR 72211-3546 | | | | | | $11,200.00 |
| B and B Insulation POB 605 Minot, ND 58702 | | | | | | $16,320.00 |
| Butler Balancing Company, Inc. POB 72256 Thorndale, PA 19372 | | | | | | $12,250.00 |
| Cannon Contracting 415A 7th St SW Minot, ND 58701 | | | | | | $75,000.00 |
| Carrier Enterprises, LLC POB 905265 Charlotte, NC 28290-5265 | | | | | | $94,362.00 |
| Ciright Automation, LLC c/o Steven A. Berkowitz, Esq 10000Lincoln Drive East, Suite 202 Marlton, NJ 08053 | | Ft. Dix Project | | | | $99,669.00 |

| Debtor | TJB Air Conditioning, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Colonial Funding Network<br>c/o Jennifer Ballard, Esq<br>120 W 45th St, 2nd Floor<br>New York, NY 10036 | | accounts receivable | | $253,070.15 | $0.00 | $253,070.15 |
| Ecofoam<br>109G Gainsbrough Sq, #16<br>Chesapeake, VA 23320 | | | | | | $11,000.00 |
| Escrow Company<br>223 South Wacker, 84th Floor<br>Chicago, IL 60606 | | | | | | $39,304.53 |
| Everest Business Funding<br>16819 S Dupont Hwy Suite 300<br>Harrington, DE 19952 | | | | | | $84,594.00 |
| H&B Products, Inc.<br>4200 Forbes Blvd, #114<br>Lanham, MD 20706 | | | | | | $24,546.80 |
| Insulation Materials Corp<br>POB 242<br>South Plainfield, NJ 07080-0242 | | | | | | $9,982.67 |
| Luna Concrete Contracting<br>11011 Lanham Severn Rd<br>Glenn Dale, MD 20769 | | Andrews Air Force Base project | Disputed | | | $20,930.00 |
| New Steel, Inc<br>14851 Calhoun Road<br>Omaha, NE 68152 | | | | | | $27,938.45 |
| RAI<br>POB 432<br>Sewell, NJ 08080-0432 | | | | | | $69,593.00 |
| Ready to Kool<br>21324 Blackstone Cir<br>Gretna, NE 68028 | | | | | | $13,047.96 |
| Stephens & Smith Construction<br>5711 S 60th St<br>Omaha, NE 68117 | | | | | | $7,650.00 |

| Debtor | **TJB Air Conditioning, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Trane US, Inc.**<br>**POB 406469**<br>**Atlanta, GA**<br>**30384-6469** | | | | | | $72,429.28 |

Accustaffing
145 Bradford Dr
West Berlin, NJ 08091

ACH Capital
11 Broaday, Suite 814
New York, NY 10004

Acme Tools
POB 13720
Grand Forks, ND 58208-3720

Ahern Rentals
POB 271390
Aston, PA 19014-3202

Allied Building Products
15 E. Union Ave
POB 5670
New York, NY 10087-5670

Alpha Surety
650 S. Shackleford Rd, Suite 325
Little Rock, AR 72211-3546

American Water
POB 371331
Pittsburgh, PA 15250-7331

B and B Insulation
POB 605
Minot, ND 58702

Black Cat Fasteners
7928-32 State Rd
Philadelphia, PA 19136

Butler Balancing Company, Inc.
POB 72256
Thorndale, PA 19372

Cannon Contracting
415A 7th St SW
Minot, ND 58701

```
Carrier Enterprises, LLC
POB 905265
Charlotte, NC 28290-5265


Chuck Henry Sales, Inc.
525 N Poplar St
Solomon, KS 67480


Cinnaminson Sewer
1621 Riverton Rd
Riverton, NJ 08077


Ciright Automation, LLC
c/o Steven A. Berkowitz, Esq
10000Lincoln Drive East, Suite 202
Marlton, NJ 08053


Citizens Energy Group
POB 7056
Indianapolis, IN 46207-7056


Colonial Funding Network
c/o Jennifer Ballard, Esq
120 W 45th St, 2nd Floor
New York, NY 10036


Colonial Surety Company
50 Chestnut Ridge Road
Montvale, NJ 07645


Comcast
POB 3005
Southeastern, PA 19398


Comcast
POB 105257
Atlanta, GA 30348-5257


Corporation Service Company, as rep
POB 2576
Springfield, IL 62708


Costanza, Spector, Clauser
304 Harper Drive, #100
Moorestown, NJ 08057
```

```
De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602


Ecofoam
109G Gainsbrough Sq, #16
Chesapeake, VA 23320


Escrow Company
223 South Wacker, 84th Floor
Chicago, IL 60606


Everest Business Funding
16819 S Dupont Hwy
Suite 300
Harrington, DE 19952


Graybar Electric
11885 Lackland Rd
Maryland Heights, MO 63146


Gustave A Larson Company
W233 N2869 Roundy Circle West
Pewaukee, WI 53072


H&B Products, Inc.
4200 Forbes Blvd, #114
Lanham, MD 20706


Harrison Sheetrock


Holman Preservations, LLC
28615 Lake Industrial Blvd
Tavares, FL 32778


Indianapolis Power & Light
POB 110
Indianapolis, IN 46206-0110


Insulation Materials Corp
POB 242
South Plainfield, NJ 07080-0242
```

```
Internal Revenue Service
Attn:  Bankruptcy Department
POB 21126
Philadelphia, PA 19114-0326


Jeffrey Babbitt
4201 Bunker Road
Sebring, FL 33872


Johnson Septic Tank Service
1202 Massey Ferguson Rd
Garden City, KS 67846


Louis Canuso
401 Crown Point Rd
Thorofare, NJ 08086


Luna Concrete Contracting
11011 Lanham Severn Rd
Glenn Dale, MD 20769


Maillie
PB 680
Oaks, PA 19456-0680


Marion Landscaping, LLC
POB 63
Mount Laurel, NJ 08054


Marjam Supply Company
855 T Conklin St
Farmingdale, NY 11735


Mobile Mini, Inc
POB 7144
Pasadena, CA 91109-7144


New Steel, Inc
14851 Calhoun Road
Omaha, NE 68152


Panhandle Steel Erectors
POB 31270
Amarillo, TX 79120-1270
```

```
Pemberton Farms Associates
c/o Gary J. Zangerle
Blason II, Suite 201
505 South Lenola Road
Moorestown, NJ 08057


RAI
POB 432
Sewell, NJ 08080-0432


Ready to Kool
21324 Blackstone Cir
Gretna, NE 68028


RMP Capital Corporation
1747 Veterans Memorial Highway, Suite 6
Islandia, NY 11749


Stephens & Smith Construction
5711 S 60th St
Omaha, NE 68117


Systems Management & Balancing, Inc
925 SE Olson Drive
Waukee, IA 50263


Thiele Geotech, Inc.
13478 Chandler Rd
Omaha, NE 68138-3716


Trane
3600 Pammel Creek Road
La Crosse, WI 54601


Trane US, Inc.
POB 406469
Atlanta, GA 30384-6469


Validated Custom Solutions
738 Rugby Street
Orlando, FL 32804
```

```
Volmar Construction, Inc.
c/o Monica Barron, Esquire
Georgoulis PLLC
120 Wall Street, Suite 1803
New York, NY 10005


Wells Global
4540 Preslyn Dr
Raleigh, NC 27616
```